# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON LYONS AND ANGELA LYONS**<br><br>**VS.**<br><br>**GEOVERA SPECIALTY INSURANCE COMPANY** | **CASE NO. 2:22-cv-04110-JCZ-MBN**<br><br>**JUDGE JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE MICHAEL NORTH** |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Court was presented with the Agreed Joint Motion to Dismiss with Prejudice. The Court, after being informed by Plaintiffs Brandon Lyons and Angela Lyons and Defendant GeoVera Specialty Insurance Company that the parties have reached an amicable settlement, finds the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED,** that the above-styled and numbered cause and any and all causes of action asserted herein are hereby **DISMISSED WITH PREJUDICE** and that each party shall bear their own costs of the Court.

SIGNED THIS 26th OF SEPTEMBER 2023.

_____
DISTRICT COURT JUDGE